**James Brian COMPTON, Appellant,**

v.

**Mary R. PLETCH, Appellee.**

**No. 12S02–9110–CV–862.**

Supreme Court of Indiana.

Oct. 29, 1991.

Peter L. Obremskey, Carol Sparks Drake, Bridget L. Rogers, Parr, Richey, Obremskey & Morton, Lebanon, James D. Moore, Ryan, Hartzell, Moore & Cook, Frankfort, for appellant.

Michael Eugene Douglas, Frankfort, for appellee.

SHEPARD, Chief Justice.

James Brian Compton brought a negligence action against Mary R. Pletch stemming from an automobile collision from which Compton incurred medical expenses and other costs. After a jury trial, Compton was found to be forty percent at fault for the accident. Finding that the total damage Compton suffered was $26,000, the jury awarded Compton a verdict against Pletch of $15,600.

■ Compton appealed, claiming the trial court erred by failing to give the jury a sudden emergency instruction. The Court of Appeals determined the doctrine of sudden emergency is still viable in tort actions under the Comparative Fault Act, I.C. 34–4–33–1, *et seq.* It held that failure to give the sudden emergency instruction prejudiced Compton. The judgment was reversed and the cause remanded for new trial. *Compton v. Pletch* (1990), Ind.App., 561 N.E.2d 803.

■ We believe the Court of Appeals was correct in its determination that the sudden emergency instruction was appropriate. We therefore grant transfer and adopt the Court of Appeals opinion in *Compton v. Pletch* (1990), Ind.App., 561 N.E.2d 803. Ind. Appellate Rule 11(B)(3). We vacate the Court of Appeals' opinion on rehearing, *Compton v. Pletch* (1991), Ind. App., 565 N.E.2d 771.

The judgment of the trial court is reversed and the cause is remanded for a new trial on liability and damages.

DeBRULER, GIVAN, DICKSON and KRAHULIK, JJ., concur.